FILED

08 JAN 18 AM 11: 15

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CHRISTOPHER LEE BURGESS, Defendant. | MAGISTRATE CASE NO. '08 MJ 0154 SEALING ORDER: |

Upon application of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the complaint and this order be sealed until further order of the Court.

IT IS SO ORDERED.

DATED: 1-18-08.

[signature]

UNITED STATES MAGISTRATE JUDGE