**Minutes of the United States District Court**
**Southern District of California**
**JANUARY 23, 2008**

**HON. JAN M. ADLER** **DEPUTY CLERK: R. RHONE**

TAPE NO. JMA08-01-14:14-14:19

08MJ154-JMA USA vs. CHRISTOPHER LEE BURGESS (C) 06997298 - ENG

INITIAL APP ON CMP

VICTOR PIPPINS, FEDERAL DEFENDERS, INC

AUSA: ALESSANDRA SERRANO

DOA: 1/22/08

GOVT'S ORAL MOTION TO UNSEAL CASE - GRANTED

INITIAL APPEARANCE ON CMP

DFT INFORMED OF CHARGES

FINANCIAL AFFIDAVIT SUBMITTED

CT APPOINTS FEDERAL DEFENDERS, INC

GOVT ORAL MOTION TO DETAIN DFT (DANGER)

DETENTION HRG SET FOR JANUARY 25, 2008 AT 2:30PM BEFORE "JMA"

PRELIMINARY HRG SET FOR FEBRUARY 5, 2008 AT 2:00PM BEFORE"JMA"

5 MINS