AO 442

# United States District Court

06907-298

**SOUTHERN DISTRICT OF CALIFORNIA**

08 JAN 30 AM 8:43

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: [signature] DEPUTY

**UNITED STATES OF AMERICA**

**V.**

CHRISTOPHER LEE BURGESS

**WARRANT FOR ARREST**

**CASE NUMBER:** '08 MJ 154

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Christopher Lee Burgess

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition ☐ Pretrial Violation

charging him or her with (brief description of offense)

18 U.S.C. § 2252(a)(4)(B) Possession of Images of Children Engaged in Sexually Explicit Conduct

In violation of Title 18 United States Code, Section(s) 2252 (a)(4)(B)

| | | |
|---|---|---|
| W. Samuel Hamrick, Jr.<br>Name of Issuing Officer | [signature]<br>NITA L. STORMES<br>U.S. MAGISTRATE JUDGE | Clerk of the Court<br>Title of Issuing Officer |
| Signature of Deputy | | Date and Location San Diego, CA 1-18-08 |
| Bail fixed at $ To Be Set in Court | | by<br>Name of Judicial Officer |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at 1-22-2008 onboard Naval Base Coronado

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Christiana Huntzinger | [signature] |
| DATE OF ARREST | 1-22-2008 | |