**ELIZABETH M. BARROS**
California Bar No. 227629
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467 ext. 3701

Attorneys for Mr. Burgess

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHRISTOPHER BURGESS,<br>Defendant. | U.S.D.C. No. 08CR0503-L<br>Date: May 27, 2008<br>Time: 8:30 a.m.<br>APPLICATION FOR ORDER SHORTENING TIME |

Christopher Burgess, by and through his attorneys, Elizabeth M. Barros and Federal Defenders of San Diego, Inc., requests an order shortening time for the filing of *Defendant's Objections to the Pre-Sentence Report* to May 22, 2008. The objections required substantial legal research, which due to counsel's court appearances and caseload could not be completed until the present time. Moreover, counsel attempted to meet with Mr. Burgess to review the Pre-Sentence Report a few times, but because he is in administrative segregation counsel was unable to seem him due to time constraints.

Dated: May 22, 2008

Respectfully Submitted,

/s/ Elizabeth M. Barros
**ELIZABETH M. BARROS**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Burgess