UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHRISTOPHER BURGESS,<br>Defendant. | U.S.D.C. No. 08CR0503-L<br><br>ORDER SHORTENING TIME |

Application for Order Shortening Time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS ORDERED** that the time for filing the *Defendant's Sentencing Memorandum* be shortened to May 22, 2008.

**SO ORDERED.**

DATED: May 23, 2008

M. James Lorenz
United States District Court Judge